JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MAE HOWELL,  ) | Case No.  2:24-CV-02091-CSK |
| ) | |
| Plaintiff  ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v.  ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| MARTIN O'MALLEY,  ) | |
| Commissioner of Social Security,  ) | |
| ) | |
| Defendant  ) | |
| ) | |
| _____) | |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to December 30, 2024, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 29, 2024  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  October 29, 2024  PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

*/s/ Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including December 30, 2024, to file her opening brief.

Dated:  November 4, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, howe.2091.24