1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10 DIANA MAE HOWELL,                  )   Case No.  2:24-CV-02091-CSK
                                      )
11     Plaintiff                      )   **STIPULATION AND** ~~PROPOSED~~
                                      )   **ORDER FOR EXTENSION OF TIME**
12 v.                                 )   **TO FILE PLAINTIFF'S OPENING BRIEF**
                                      )
13                                    )
   MARTIN O'MALLEY,                   )
14 Commissioner of Social Security,   )
                                      )
15     Defendant                      )
                                      )
16 _____)

17
         IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend
18
   the time 30 Days to January 29, 2025, for Plaintiff to file her Opening Brief, in accordance with the
19
   Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to
20
   Plaintiff's counsel's busy briefing schedule in addition to a planned family vacation for the holidays
21
   and into the new year.
22
         The parties further stipulate that the Court's Scheduling Order be modified accordingly.
23

24

25

26

27

28

   **Howell v. O'Malley**          Stipulation and Proposed Order      E.D. Cal. 2:24-cv-02091-CSK

Respectfully submitted,

Date: December 19, 2024                    JACQUELINE A. FORSLUND
                                           Attorney at Law


                                           */s/Jacqueline A. Forslund*
                                           JACQUELINE A. FORSLUND

                                           Attorney for Plaintiff


Date:  December 19, 2024                   PHILLIP A. TALBERT
                                           United States Attorney
                                           MATHEW W. PILE
                                           Associate General Counsel
                                           Office of Program Litigation, Office 7

                                           */s/ Justin L. Martin*
                                           JUSTIN L. MARTIN
                                           Special Assistant United States Attorney
                                           *By email authorization

                                           Attorney for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff Diana Mae Howell shall have a thirty (30) day extension, until January 29, 2025, to file her opening brief. All other deadlines to be determined by reference to the Supplemental Rules for Social Security Actions under § 405(g) and the Court's procedural order.

DATED:  December 23, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, howe.2091.24