MICHELE BECKWITH
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MAE HOWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-02091-CSK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from March 5, 2025, up to and including April 4, 2025.  This is the Defendant's first extension request.

    Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel was recently assigned this case along with several other cases, and now has five cases due in the week between February 26, 2025 and March 5, 2025.  Defendant's counsel will endeavor to complete these tasks as soon as

1  possible.  This request is made in good faith and with no intention to unduly delay the
2  proceedings, and counsel apologizes for any inconvenience.
3      The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | FORSLUND LAW LLC |
| Dated:  February 12, 2025 | /s/  *Jacqueline Anna Forslund*\*<br>(\*as authorized via e-mail)<br>JACQUELINE ANNA FORSLUND<br>Attorney for Plaintiff |
| Dated:  February 12, 2025 | MICHELE BECKWITH<br>United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration |
| By: | /s/  *Michelle A. Pavelek*<br>MICHELLE A. PAVELEK<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 4, 2025 to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to April 18, 2025.

DATED: February 19, 2025

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, howe.2091.24