1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:     541-419-0074
4  Fax:           541-593-4452
   Email:         jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
8

9  DIANA MAE HOWELL,            )    Case No.  2:24-CV-02091-CSK
                                 )
10         Plaintiff             )    **STIPULATION AND** ~~PROPOSED~~
                                 )    **ORDER FOR AWARD OF ATTORNEY'S**
11  v.                           )    **FEES AND COSTS PURSUANT TO**
                                 )    **28 U.S.C. §§ 1920 AND 2412(d).**
12  FRANK BISIGNANO,             )
13  Commissioner of Social Security, )
                                 )
14         Defendant             )
                                 )
15  _____)

16
          IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
17
   subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the
18
   amount of SEVEN THOUSAND EIGHT HUNDRED AND EIGHTY-TWO dollars and FIFTY-
19
   NINE cents ($7,882.59) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and
20
   costs in the amount of FOUR HUNDRED AND FIVE dollars and ZERO cents ($405.00) under 28
21
   U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of
22
   Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920;
23
   2412(d).
24
          After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the
25
   government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to
26
   Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the
27
   fees and expenses are subject to an offset allowed under the United States Department of the
28
   Treasury's Offset Program pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010).  After the order of
   EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  November 5, 2025

JACQUELINE A. FORSLUND
Attorney at Law


/s/Jacqueline A. Forslund
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date:  November 5, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy


/s/Lori A. Lookliss
LORI A. LOOKLISS
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

## ORDER

Based upon the parties' stipulation, IT IS ORDERED that fees and expenses in the amount of $7,882.59 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $405.00 under 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation.

Dated: 11/10/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, howe.2091.24.SS